JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>VALADEZ'S FURNITURE, INC.;<br>DINH MINH TA, AS TRUSTEE OF<br>THE TA/CHU LIVING TRUST 2024;<br>and DOES 1 to 10,<br><br>    Defendants. | Case No. 2:24-cv-10082-AB (SKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 15, 2025

                                                 ANDRÉ BIROTTE JR.
                                                 UNITED STATES DISTRICT JUDGE